OPINION — AG — "MR. GEORGE MITCHELL, ROUTE 4, ENID, OKLAHOMA, HAS SUBMITTED A CLAIM FOR DAMAGES TO HIS WHEAT CROP, WHICH DAMAGES HE ALLEGES RESULTED IN THE COURSE OF APPREHENSION OF A PUPIL OF THE ENID STATE SCHOOL, WHO LEFT THE INSTITUTION WITHOUT AUTHORIZATION. — IT IS THE OPINION OF THE ATTORNEY GENERAL THAT THE CLAIM OF MR. GEORGE MITCHELL MAY NOT LEGALLY PAID. (JOSEPH C. MUSKRAT)